ORIGINAL

# In The United States Court of Federal Claims

ECF

## Cover Sheet

06-360 C

Plaintiff(s) or Petitioner(s) 210 Earll, L.L.C.

RECEIVED
MAY 8 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Edward V. Gregorowicz, Jr.

Firm Name: Law Offices of Edward Gregorowicz

Post Office Box:

Street Address: 10565 Lee Highway, Suite 102

City-State-Zip: Fairfax, Virginia 22030

Telephone & Facsimile Numbers: Phone: (703) 934-6645; Fax: (703) 934-6649

E-mail address: EVGlaw@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes.
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 4 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005