ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

FILED
MAY - 8 2006
U.S. COURT OF FEDERAL CLAIMS

210 EARLL, L.L.C.,

Plaintiff

vs.

THE UNITED STATES OF AMERICA,
GENERAL SERVICES ADMINISTRATION,

Defendant.

Case No. 06-360 C

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DECLARATORY JUDGMENT**

Plaintiff, 210 EARLL, LLC ("Plaintiff" or "210 Earl"), by its undersigned counsel, hereby moves this Court pursuant to Court of Federal Claims Rule 65 and Appendix C ¶¶ 9-15 to issue a temporary restraining order and preliminary injunction directing the Defendant United States, acting through the General Services Administration ("GSA" or "the Agency"): (a) not to sign any lease agreement with 4041 Central Plaza, L.L.C. ("4041 Central") under Solicitation for Offers No. 3AZ0031 (the "SFO"); and (b) directing GSA not to proceed otherwise with performance of award of the lease under the SFO to 4041 Central.

Plaintiff further respectfully asks the Court to declare the rights and obligations of the parties, and to enter an Order finding that: (a) 4041 Central submitted a non-conforming bid in response to the SFO; (b) 4041 Central is accordingly ineligible to be awarded the subject lease; (c) 210 Earll, as second-in-line to be awarded the subject lease is entitled to receive the lease award; and (d) GSA must award the subject lease to 210 Earll.

Plaintiff also hereby moves this Court to issue a Permanent Injunction: (a) prohibiting GSA from signing a lease agreement under the SFO with 4041 Central; (b) prohibiting GSA from proceeding otherwise to enter into performance of a lease agreement under the SFO with 4041 Central; (c) canceling or abrogating any lease obligation(s) which might already exist between GSA and 4041 Central (or which might arise after the date of this Complaint) in relation to the SFO, as void *ab initio;* and (d) directing GSA to award the subject lease to 210 Earll.

As more fully set forth in the accompanying Memorandum of Law, this Court should grant Plaintiff's requested relief because: (1) Plaintiff is likely to succeed on the merits of its Complaint, because, among other things, 4041 Central submitted a non-conforming bid and is therefore ineligible to be awarded the subject lease; (2) 210 Earll will suffer irreparable harm if the GSA executes the lease agreement; (3) the irreparable harm to 210 Earll significantly outweighs any harm the Government and/or 4041 Central would suffer if the requested relief is granted; and (4) the public interest is served by granting the relief requested by the Plaintiff.

WHEREFORE, 210 Earll respectfully requests that this Court grant the declaratory and injunctive relief as set forth above. A proposed Temporary Restraining Order, Preliminary Injunction, Permanent Injunction and Proposed Declaratory Judgment are attached.

Dated: May 8, 2006

Respectfully submitted,

Edward V. Gregorowicz, Jr.
The Law Offices of Edward V. Gregorowicz
10565 Lee Highway – Suite 102
Fairfax, Virginia 22030
Phone: (703) 934-6645
Fax: (703) 934-6649
*Counsel for Plaintiff 201 Earll, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of Plaintiff 210 Earll, L.L.C.'s foregoing Motion to be served this 8 day of May 2006, by facsimile and U.S. mail, on:

Steven Mager, Esq.
United States Department of Justice
Commercial Litigation, Civil Division
8th Floor, 1100 L Street, NW
Washington, DC 20530
Fax: (202) 305-7643

Richard Moorhouse, Esquire
Greenberg Traurig, LLP
1750 Tysons Boulevard – Suite 1200
McLean, Virginia 22102
Fax: (703) 749-1301
*Counsel for the apparently successful offeror, 4041 Central Plaza, L.L.C.*

and via facsimile on:

Dan McPherson
Contracting Officer
General Services Administration
Fax: 602-514-7495

Edward V. Gregorowicz, Jr.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **210 EARLL, L.L.C.,** | ) | |
| **Plaintiff** | ) | |
| **vs.** | ) | **Case No. __________** |
| **THE UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION,** | ) | |
| **Defendant.** | ) | |

**TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DECLARATORY JUDGMENT**

This matter having come before the Court on Plaintiff's Complaint and Motion for Preliminary Injunction, Permanent Injunction, Temporary Restraining Order and Declaratory Relief, and it appearing that: (1) the likelihood of Plaintiff's success on the merits of its Complaint is high; (2) Plaintiff will suffer irreparable harm if lease execution is not enjoined; (3) the balance of hardships tips in the Plaintiff's favor; and (4) a temporary restraining order and preliminary injunction serve the public interest; and it further appearing that and the GSA's conduct in issuing an award to 4041 Central was arbitrary, capricious and contrary to law,

IT IS HEREBY ORDERED:

(1) that the Defendant, the United States, acting through the General Services Administration ("GSA"), shall not sign or otherwise execute any lease agreement with 4041 Central under the SFO;

(2) that GSA shall not proceed otherwise with award of the subject lease to SFO to 4041 Central under the SFO;

(3) that GSA shall cancel or abrogate any lease obligation(s) which might already exist between GSA and 4041 Central (or which might have arisen after the date of Plaintiff's Complaint herein) in relation to the SFO, as void *ab initio;* and

(4) that GSA shall award the subject lease to 210 Earll.

________________________________________

JUDGE, UNITED STATES COURT OF FEDERAL CLAIMS