**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | | |
|---|---|---|
| 210 EARLL, L.L.C., | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. 06-360 |
| THE UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION, | ) | Judge Baskir |
| Defendant. | ) | Electronically Filed on May 8, 2006 |

**MOTION TO INTERVENE**

4041 Central Plaza, L.L.C. ("4041 Central"), through counsel and under RCFC Rule 24(a)(2), submits the following Motion to Intervene. In support of its Motion to Intervene, 4041 Central states as follows:

1. Plaintiff, 210 Earll, L.L.C. ("210 Earll"), has filed a Complaint for Injunctive and Declaratory Relief to enjoin the performance of General Services Administration ("GSA") Lease No. GS-09B-01796 (the Lease) and to declare GSA's award of the Lease to 4041 Central invalid.

2. As the awardee of the Lease under Solicitation for Offers No. 3AZ0031 4041 Central has a right to intervene in this action because of its interest in the transaction underlying 210 Earll's action. Disposition of this action as a practical matter may impair or impede 4041 Central's ability to protect its interest in the Lease. Further, 4041 Central's interest is not adequately protected by the United States because the

Government's interest is not aligned, and may in fact diverge, with 4041 Central's interest.

3. 4041 Central requests leave to submit its responsive pleading at a later time, consistent with this Court scheduling order. Based upon 210 Earll's Complaint, 4041 Central expects to file a motion to dismiss under RCFC 12(b)(1) for lack of jurisdiction due to Plaintiff's inability to establish standing.

4. Counsel for the United States and counsel for Plaintiff have stated that they consent to 4041 Central's intervention into this action.

WHEREFORE, 4041 Central respectfully requests that its Motion to Intervene be granted and that it be allowed additional time to file its responsive pleading.

Respectfully submitted,

Dated: May 8, 2006

s/Richard L. Moorhouse
Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA 22102
Tel.: (703) 749-1311
Fax: (703) 714-8308
moorhouser@gtlaw.com