# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: May 10, 2006)

**************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
**************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on May 9, 2006. 4041 Central Plaza, L.L.C. (hereinafter "Central"), the company awarded the contract at issue in this bid protest, filed a Motion to Intervene on May 8, 2006. The Court hereby **GRANTS Central's Motion to Intervene.**

Defendant sent an award letter and a document captioned to be a lease agreement to Central. Central has signed the document captioned to be a lease agreement and returned the document to Defendant. Defendant has not signed this document. Defendant agrees not to sign the lease document or take any further actions to disturb the status quo until at least the end of September 2006, or the conclusion of this litigation. **The parties agree that this obviates the need for a temporary restraining order or preliminary injunction in this matter.**

The Court has filed contemporaneously with this Order the Special Procedures Order and a Provisional Protective Order. **The parties should advise Chambers of any modifications they propose to this Protective Order no later than May 19, 2006.**

The following schedule for further proceedings in the case was adopted at the status conference.

- Defendant will file the **Administrative Record** by **May 22, 2006.**
- Plaintiff shall file a **Motion for Judgment** on the Administrative Record no later than **June 12, 2006.**
- Defendant and Intervenor shall file their **Responses** no later than **July 10, 2006.**
- Plaintiff may file a **Reply** no later than **July 17, 2006.**
- The parties shall file a **Consolidated Statement of Uncontroverted Facts** no later than **August 10, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge