## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 210 EARLL, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 06-360C |
| v. | ) |
| | ) (Judge Baskir) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| 4041 CENTRAL PLAZA, L.L.C. | ) |
| | ) |
| Intervenor-Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of two calendar days, to and including May 24, 2006, in which to file the administrative record. The administrative record is presently due May 22, 2006. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted counsel for the plaintiff and counsel for the intervenor, and they have agreed to this extension.

The additional time is required for Government counsel to complete indexing and scanning in the documents in the record. We first received some of the documents in this case on Wednesday, May 17, 2006, and have been receiving supplementary productions through Sunday, May 21, 2006. However, it has taken longer than anticipated to organize these records and scan them into the computer for electronic filing.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

May 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May, 2006, a copy of the foregoing "UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice