# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: May 23, 2006)

*****************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
*****************************************************

## ORDER

Defendant's unopposed Motion to Extend Time (2 days) to File the **Administrative Record** is hereby **GRANTED**. **The Defendant shall file the Administrative Record no later than May 24, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge