# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: May 31, 2006)

| | |
|---|---|
| 210 Earll L.L.C., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| 4041 Central Plaza L.L.C., *Intervenor.* | * |

## ORDER

Defendant's unopposed Motion for Leave to File the Administrative Record (5 volumes) on CD-ROM and waive paper copy is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge