# In the United States Court of Federal Claims

**06-360C**

**Filed: May 31, 2006**

**210 Earll L.L.C.**

**v.**

**THE UNITED STATES**

Administrative Record

The above document has been filed with the Clerk's Office in hard copy (CD-Rom) and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.