**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| 210 EARLL, L.L.C.,<br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>*Defendant*<br><br>and<br><br>4041 CENTRAL PLAZA, L.L.C.<br>*Intervenor* | No. 06-360C<br><br>(Judge Baskir) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION STATED IN RULE 5.2(b)(1)**

In accordance with Rule 5.2(b)(1) of the Rules of the United States Court of Federal Claims, hereinafter "RCFC," PLAINTIFF 210 EARLL, LLC ("Plaintiff" or "210 Earll"), through undersigned counsel, respectfully requests permission to exceed the 40 page limitation under Rule 5.2.(b)(1) of the RCFC for Plaintiff's Memorandum in Support of its Motion for Summary Judgment on the Basis of the Administrative Record.

Pursuant to the Special Procedures Order filed May 10, 2006, Plaintiff's Memorandum is in Arial, 14 point font. If Plaintiff's Memorandum appeared in Time New Roman, 12 point font in accordance with Rule 5.3(c) of the RCFC, the Memorandum would be within the 40 page limitation under Rule 5.2.(b)(1) of the RCFC.

Counsel for the Plaintiff has contacted counsel for the United States and counsel for the Intervenor, and they have agreed to Plaintiff exceeding the 40 page limitation.

WHEREFORE, 210 Earll respectfully requests leave to exceed the 40 page limitation in filing its Memorandum in Support of its Motion for Summary Judgment on the Basis of the Administrative Record.

Dated: June 9, 2006

Respectfully submitted,

s/ Edward V. Gregorowicz, Jr.
Edward V. Gregorowicz, Jr.
The Law Offices of Edward V. Gregorowicz, Jr.
10565 Lee Highway, Suite 102
Fairfax, Virginia 22030
Phone: (703) 934-6645
Fax: (703) 934-6649
*Counsel for Plaintiff 210 Earll, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006 a copy of the foregoing "UNOPPOSED MOTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Edward V. Gregorowicz, Jr.
Edward V. Gregorowicz, Jr.