# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: June 12, 2006)

****************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
****************************************************

## ORDER

Plaintiff's unopposed Motion for Leave to Exceed the Page Limitation filed June 9, 2006, for Plaintiff's Memorandum in Support of its Motion for Summary Judgment on the Basis of the Administrative Record, is hereby **GRANTED**. The Court appreciates the Plaintiff using the Arial, 14-point font.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge