**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | | |
|---|---|---|
| 210 EARLL, L.L.C., *Plaintiff,* | ) | |
| v. | ) | No. 06-360C |
| | ) | (Judge Baskir) |
| THE UNITED STATES OF AMERICA, *Defendant,* | ) | **REDACTED VERSION FOR PUBLIC RELEASE** |
| and | ) | |
| 4041 CENTRAL PLAZA, L.L.C., *Intervenor.* | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF THE ADMINISTRATIVE RECORD**

In accordance with Rule 56.1 of the Rules of the United States Court of Federal Claims, hereinafter "RCFC," PLAINTIFF 210 EARLL, LLC ("Plaintiff" or "210 Earll"), through undersigned counsel, hereby submits this Motion for Summary Judgment on the Basis of the Administrative Record.

Plaintiff seeks summary judgment granting a Permanent Injunction: (a) prohibiting the General Services Administration ("GSA") from signing a lease agreement under Solicitation for Offers No. 3AZ0031 (the "SFO") with 4041 Central Plaza, LLC ("4041 Central"); (b) prohibiting GSA from proceeding otherwise to enter into a lease agreement under the SFO with

4041 Central; (c) canceling or abrogating any lease obligation(s) which might already exist between GSA and 4041 Central as void *ab initio;* and (d) directing GSA to award the subject lease to 210 Earll.

Plaintiff further respectfully asks the Court to declare the rights and obligations of the parties, and to enter an Order finding that: (a) 4041 Central submitted a non-conforming bid in response to the Solicitation for Offers No. 3AZ0031 ("SFO" or "solicitation"); (b) 4041 Central is accordingly ineligible to be awarded the subject lease; (c) 210 Earll, as second-in-line to be awarded the subject lease is entitled to receive the lease award; and (d) GSA must award the subject lease to 210 Earll.

As more fully set forth in the accompanying Memorandum, this Court should grant Plaintiff's requested relief because: (1) Plaintiff succeeds on the merits of its Complaint, because, among other things, 4041 Central submitted a non-conforming bid and is therefore ineligible to be awarded the subject lease; (2) 210 Earll will suffer irreparable harm if the GSA does not make award to 210 Earll; (3) the irreparable harm to 210 Earll significantly outweighs any harm the Government and/or 4041 Central would suffer if the requested relief is granted; and (4) the public interest is served by granting the relief requested by the Plaintiff.

WHEREFORE, 210 Earll respectfully requests that this Court grant the declaratory and injunctive relief as set forth above. A proposed Order for a Permanent Injunction and Declaratory Judgment is attached.

Dated: June 20, 2006

Respectfully submitted,

s/ Edward V. Gregorowicz, Jr.
Edward V. Gregorowicz, Jr.
The Law Offices of Edward V. Gregorowicz, Jr.
10565 Lee Highway, Suite 102
Fairfax, Virginia 22030
Phone: (703) 934-6645
Fax: (703) 934-6649
*Counsel for Plaintiff 210 Earll, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2006 a copy of the foregoing "REDACTED MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Edward V. Gregorowicz, Jr.
Edward V. Gregorowicz, Jr.