**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| 210 EARLL, L.L.C., Plaintiff, | ) | No. 06-360C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| 4041 CENTRAL PLAZA, L.L.C., Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of seven calendar days, to and including July 17, 2006, in which to file its motion for judgment upon the administrative record. Defendant's motion for judgment upon the administrative record is presently due on July 10, 2006. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted counsel for the plaintiff and counsel for the intervenor, and they have agreed to this extension.

The additional time requested is necessary to provide adequate time for counsel for the defendant to complete defendant's motion for judgment upon the administrative record. Counsel for the defendant has been in Seattle, Washington for the last week and a half for discovery in two unrelated cases (Jaynes v. United States, Fed. Cl. No. 04-856, and Dick Pacific v. United States, Fed. Cl. No. 05-462). While counsel had planned to complete defendant's motion for judgment upon the administrative record by working through the Department of Justice's remote access system, the recent flooding problems at the Department of Justice's Main building disrupted remote access to the Department of Justice's computer network. Accordingly, counsel has been unable to access e-mail in order to receive documents from agency counsel, and has been unable to access his computer hard drive in order to view and edit documents.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Defendant further respectfully requests that plaintiff's reply deadline be extend by nine days, until July 26, 2006.[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

July 5, 2006

Attorneys for Defendant

---

[1] Defendant does not anticipate any need to extend the time to file the parties' consolidated statement of facts.

CERTIFICATE OF FILING

I hereby certify that on this 5th day of July, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice