**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| 210 EARLL, L.L.C., | |
| Plaintiff, | |
| v. | Case No. 06-360C |
| THE UNITED STATES, | (Judge Baskir) |
| Defendant, | |
| and | |
| 4041 CENTRAL PLAZA, L.L.C., | |
| Intervenor. | |

**INTERVENOR'S UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE ITS MOTION ON THE ADMINISTRATIVE RECORD**

Under Rule 6.1, Intervenor, 4041 Central Plaza, L.L.C. ("4041 Central") respectfully moves for an enlargement of time for an additional seven (7) days, to and including July 17, 2006, to file its motion for judgment on the administrative record. It is hereby represented that this motion is unopposed by counsel for the Plaintiff and Defendant. Intervenor's Motion for Judgment on the Administrative Record is presently due on July 10, 2006.

Counsel for the Defendant, the United States, has filed a request for an enlargement of time due, in large part, on disruptions to the Department of Justice's computer network arising from recent severe weather in the Washington, D.C. area. Intervenor files this motion for an enlargement of time in order to align the time and

sequence for filing the Defendant's Motion and Intervenor's Motion and to coordinate and prepare a proper mutual defense with Defendant, the United States, in this matter.

No enlargements of time have been previously requested by Intervenor in this case. For the foregoing reasons, Intervenor respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

/s/ Richard L. Moorhouse
RICHARD L. MOORHOUSE
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1300
Fax: (703)749-1301

CERTIFICATE OF FILING

I hereby certify that on this 6th day of July, 2006, a copy of the foregoing "Intervernor's Unopposed Motion to Extend Time to File Its Motion on the Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties of operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard L. Moorhouse
RICHARD L. MOORHOUSE
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1300
Fax: (703)749-1301