# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: August 17, 2006)

*****************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
*****************************************************

## ORDER

The Court intends to schedule oral argument on the parties' Cross-Motions for Judgment on the Administrative Record during the month of October 2006.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 357-6500, **of the proposed oral argument dates no later than August 25, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The oral argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel must appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge