# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: August 18, 2006)

***************************************************

210 Earll L.L.C.,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant,*

and

4041 Central Plaza L.L.C.,
*Intervenor.*

***************************************************

## ORDER

This Order confirms **Oral Argument** is scheduled in this matter for **10:00 a.m., on Wednesday, October 11, 2006**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel must appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge