# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: November 16, 2006)

*********************************************
210 EARLL, L.L.C., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
4041 CENTRAL PLAZA, L.L.C., *
*Intervenor.* *
*
*********************************************

## ORDER

On November 16, 2006, this Court filed an Opinion in the above-captioned case. This opinion is filed under seal and will be reissued for publication. The parties shall submit a highlighted version of the Opinion indicating proposed redactions **no later than noon on Monday, November 20, 2006.** Each party must justify the need for further protection of the information proposed for redaction.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge