United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 8, 2006

Ms. Lurita Alexis Doan, Administrator
U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002

***Re:*** ***210 Earll, LLC v. The United States,***
***No. 06-360 C***

Dear Ms. Doan:

On November 16, 2006, an Opinion was issued in the above captioned case remanding it to the General Services Administration. In accordance with RCFC 56.2 (copy enclosed), I am sending you a certified copy of the above mentioned Order. Please note the requirements of RCFC 56.2(b)(3) with regard to the number of copies required for the filing of the decision. If you have any questions, please feel free to contact this office at (202) 357-6425.

Sincerely,

Debra L. Samler
Case Manager

Enclosures

cc: Judge Baskir
Edward V. Gregorowicz, Jr., Esquire
Steven M. Mager, Esquire
Richard L. Moorhouse, Esquire