# FORM 5
# EAJA FORM

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

1. COURT: United States Court of Federal Claims

2. DATE FILED: 12/15/2006

3. DOCKET NO.: 06-360C

4. NAME OF APPLICANT (One per form): 210 Earll, L.L.C.

5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side)

6. NATURE OF APPLICATION

- A. ☒ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
- B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
- C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
- D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER:

7A. DATE FILED IN LOWER COURT

7B. DOCKET NO.

8. ADMINISTRATIVE AGENCY DOCKET NO.

9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)): See attached.

Is agency order, court order, or other relevant document attached? ☒ YES ☐ NO

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)): See attached.

Is net worth information attached? ☒ YES ☐ NO

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):
See attached.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 59,018.95 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | $ |
| (1) | $ |
| (2) | $ |
| (3) | $ |
| I. TOTAL FEES AND EXPENSES | $ 59,018.95 |

14. SIGNATURE [signature]

15. DATE 12/15/06

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT