# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: May 23, 2006)

| | |
|---|---|
| 210 EARLL, L.L.C., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant,* | * |
| | * |
| and | * |
| | * |
| | * |
| 4041 CENTRAL PLAZA, L.L.C., | * |
| *Intervenor.* | * |

## ORDER

On December 20, 2006, Plaintiff filed an Application for Legal Fees and Costs (Docket No. 36). The Clerk is ordered to strike from the record this Application, as it is premature. The Application should be filed 30 days after judgment is final.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge