**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | | |
|---|---|---|
| 210 EARLL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-360C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| 4041 CENTRAL PLAZA, L.L.C., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE SEALED SUPPLEMENTAL ADMINISTRATIVE RECORD ON CD-ROM AND WAIVE PAPER COPY**

Defendant respectfully requests leave to file the sealed version of the supplemental administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our supplemental administrative record in this case will exceed the 2MB size limitation of electronic files and the 50 page limitation of printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Counsel for the United States has contacted counsel for the plaintiff and counsel for the intervenor, and they do not object to this motion.

The supplemental administrative record consists of one volume, with 53 tabs. This set of documents can most efficiently be delivered to the Court, the plaintiff, and the intervenor on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. More important, filing by another media provides the most efficient method for submission of the sealed version of the record. Pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless authorized by the Court. We will file an unsealed copy of the record pursuant to ECF procedures and this Court's May 10, 2006 protective order after conferring with the parties. However, the sealed copy of the record is best secured by submission on CD-Rom.

Based upon the portability and ease of manipulation of the documents on a CD-Rom, we also respectfully request that the requirement in paragraph 5 of General Order 42A that an additional paper copy be supplied to the Court be waived. We will, however, deliver a paper courtesy copy to chambers pursuant to the May 10, 2006 Special Procedures Orders.

For these reasons, defendant respectfully requests that this unopposed motion for leave to file on CD-Rom and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

March 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of March, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE SEALED SUPPLEMENTAL ADMINISTRATIVE RECORD ON CD-ROM AND WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 27th day of March, 2007, I caused to be served by overnight delivery copies of a CD-Rom containing the Sealed Supplemental Administrative Record addressed as follows:

Edward V. Gregorowicz, Jr.
The Law Offices of Edward V. Gregorowicz
10565 Lee Highway, Suite 102
Fairfax, Virginia 22030

Richard Moorhouse
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice