# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 210 EARLL, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>4041 CENTRAL PLAZA, L.L.C.,<br><br>Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-360C<br>(Judge Baskir) |

## DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's November 16, 2006 opinion and order in the above captioned matter, and defendant's notice of intended procedure upon remand, or, in the alternative, motion for clarification or partial reconsideration, filed December 19, 2006, defendant respectfully provides notice of the filing of the public version of the contracting officer's remand decision in this matter. The Government filed the sealed version of this document on March 13, 2007. Counsel for the Government has conferred with counsel for the plaintiff and counsel for defendant-intervenor, and both

agree regarding the redactions contained within and the public release of this document.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

March 28, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 28th day of March, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice