## CONTRACTING OFFICER'S EVALUATION

RE: **Order of the United States Court of Federal Claims, filed November 16, 2006, Case No. 06-360C (Post-Award Bid Protest)**

**Solicitation for Offers No. 3AZ0031 (the "SFO") for lease of office and related space for Internal Revenue Service (IRS) in Phoenix, AZ**

## I. PURPOSE

As ordered by the United States Court of Federal Claims this Contracting Officer's Evaluation is prepared in order to:

1. document analysis of non-price factors; and
2. provide re-evaluation of price, factoring-in relocation costs

## II. BACKGROUND

GSA solicited offers under the SFO for approximately 108,641 rentable square feet of office space for IRS in Phoenix, AZ for a term of 20 years (10 years firm), and received the following 3 offers:

1. Offer from 4041 Central Plaza, LLC for space in an existing building at 4041 N. Central Avenue, Phoenix, AZ (**"4041 Central"**)
2. Offer from 210 Earll, LLC for space in an existing building at 210 East Earll Drive, Phoenix, AZ (**"210 Earll"**)
3. Offer from [redacted] for space in a building to be newly constructed on a site at [redacted] Phoenix, AZ [redacted]

GSA awarded the lease to 4041 Central on January 30, 2006. 210 Earll filed a post-award bid protest.

## III. EVALUATION FACTORS: GENERAL NOTES

**A. Price and Other Factors.** SFO paragraph 2.3, OTHER FACTORS (JAN 1997) provides that the lease will be awarded to the offer most advantageous to the Government, considering (A) price and (B) other award factors outlined in that paragraph ("Other Factors"). The Other Factors are:

(1) ***"Quality of Space"***
(2) *"Past Performance of Offeror and Other Key Personnel (i.e. architect, engineer, lead designer, etc.) on Comparable Projects"* (which we'll shorten to **"Project Past Performance"**)
(3) *"Past Performance of Offeror in Managing and Operating Comparable Facilities"* (**"Facility Management Past Performance"**)

**B. Relative Weights of Evaluation Factors.** The SFO does not provide relative weightings to be given to Price and Other Factors. Therefore they will each be given approximately equal weight in this evaluation. The SFO does not provide relative weights to be given to the three Other Factors, namely, (1) Quality of Space, (2) Project Past Performance and (3) Facility Management Past

Performance. Therefore, within the total weight assigned to Other Factors, each of those three factors is given approximately equal weight in this evaluation.

## IV. PRICE EVALUATION

**A. Present value analysis (PVA).** Price is evaluated in accordance with SFO paragraph 1.15, PRICE EVALUATION (PRESENT VALUE) (JUN 2003). See Attachments 1A, 1B and 1C, Basic Present Value Analysis, for present value analysis of offers.

The present value calculations include the following adjustment:

1. *Move costs – adjustment made.* See Attachment 2, IRS Relocation Costs – Phoenix, for calculation of relocation costs included in the present value analysis. The adjustment is based on costs budgeted by IRS. The PVAs for the offers from new locations, 4041 Central and [redacted], factor-in physical move costs of [redacted] No adjustment was made for 210 Earll, whose shell rent already includes costs of relocating IRS within the building.

As explained in the notes to Attachment 2, IRS considers that telecommunications and security move costs for the relocation within the building at 210 Earll will be approximately the same as those costs for relocation to new buildings at 4041 Central [redacted] due to the extent of work that needs to be replaced at 210 Earll. Therefore no adjustment was made in the PVA for these costs.

2. *Security costs – no adjustment.* It is not customary to obtain pre-award estimates of relative expected security costs at various offered locations, such as annual guard services. The SFO does not specify the need for such an adjustment. (Security move costs are addressed under the "move costs" heading. See Note 4 to Attachment 2.) Annual security costs may be higher at 4041 Central than at other locations because of the split of operations between buildings, or lower because of the security services provided by the building including guard services. There is no clear basis from materials in the file to conclude that there will be a significant difference between security costs at the various offered locations.

3. *Tenant Improvements (TIs) – no adjustment.* As is typical, the SFO does not provide a way to identify or cost-out TIs for each of the offers prior to award. Pre-award expectations -- such as that TIs for new construction are cheaper (e.g. because floors do not need to be drilled for outlets); or that TIs are cheaper for existing construction (e.g. because elements can be reused); or that TIs are cheaper if staying in the existing location (e.g. because typically some of the layout remains unchanged); or that TIs are more expensive for existing construction (e.g. because of need to work outside normal hours to reduce disruption to operations) – are not reliable predictors of relative cost. Cost will depend on actual design. Design Intent Drawings (DIDs) are prepared for the leased space by the Government, following lease award. The Government is free to totally disregard test fit layouts prepared by offerors prior to lease award, when preparing DIDs. DIDs are not prepared for unsuccessful offers. In this project, we cannot predict or quantify whether a particular offeror will have TIs costing more or less than the TI allowance in the SFO. IRS expects that 210 Earll would need to be totally redesigned from the existing configuration, as the current space does not meet their workplace standards.

**B. Summary – Price Evaluation.** The lowest (most favorable) price offer was 4041 Central with a present value per ANSI/BOMA Office Area square foot (OASF) of [redacted] followed by 210 Earll with a present value of [redacted], and [redacted] with a present value of [redacted]

210 Earll's present value per OASF is [redacted] higher than that of 4041 Central. [redacted] present value is [redacted] higher than that of 4041 Central. Both of these differences are very substantial. They

demonstrate that 4041 Central represents a substantial cost savings, as compared with the next-lowest and the highest offers.

The level of magnitude of cost savings between the low offer as determined by present value analysis and other offers can be seen by comparing total gross rents over the 20 year term. The low offer, 4041 Central has total rent of [redacted] 210 Earll's total rent is $[redacted], and [redacted] Therefore the low offer represents total rent savings of $[redacted] and $[redacted] respectively, over those offers over the 20 year lease term.

## V. NON-PRICE EVALUATION

### A. Other Factors #1 – QUALITY OF SPACE

The SFO does not list the subcomponents of Quality of Space. We consider the following to be important factors in determining quality of space.

1. *Floor plate size.* Typical floor plate size ranges from approximately 16,000 SF at 4041 Central to 27,000 SF at [redacted]. The floor plate sizes at all locations are all very good – conducive to efficient layout, neither overly large nor overly small. All offers: Very Good

2. *Space configuration.* Typical configuration of all offers is rectangular, with central core areas and wide column spacing. Floors are virtually column-free in 4041 Central's typical floor (the columns are up against curtain wall and core; typical width between core and curtain wall approximately 40' as measured from plans). Column spacing is about 32' x 42' on center at [redacted]. Column spacing at 210 Earll measures from plans to approximately 34' x 40'. All offers' space configurations are conducive to efficient layout. All offers: Very Good

3. *Contiguity/stacking.* 210 Earll and [redacted] offer office space in a configuration with no breaks between offered floors. 210 Earll and [redacted]: Very Good.

4041 Central offers first floor space for the Taxpayer Assistance Center (TAC) in a separate building on the site. 4041 Central's main block of space is offered on the 13th and 16th -20th floors; these spaces are together on one elevator bank and considered contiguous. The separation between the TAC and the bulk of the space has the operational advantage of separating the taxpayers from the rest of the staff (+). The separation between 13th and 16th floors only adds a few seconds more when traveling by elevator, compared to traveling between the 16th and 17th floors, for instance. However, the travel distances do increase because of these gaps, and IRS would require that taxpayers be escorted a longer distance from Garden Building housing the TAC to the main building when needing to go to offices in the main building, than the distances at other offerors' buildings (-). 4041 Central: Good.

4. *Security issues.* At each of the locations there will be a single magnetometer-controlled security checkpoint, at the TAC. All offered facilities will be multi-tenant.

[redacted] will offer 50-ft security setback (+). The offer is otherwise conducive to good security, with no unique security characteristics (+). Very Good.

210 Earll: Conducive to good security with no unique security characteristics (+). Building is near street line at Earll Drive and 3rd Street sides, very little setback possible on these sides (-). Good.

4041 Central: Lessor provides 24 hour security staff (+). Location of TAC in separate building provides separation between taxpayers and majority of staff (+), but the same feature makes it necessary to escort taxpayers between buildings when they need to visit offices in the main

building (-). Neither the Garden Building nor the Tower provides significant setbacks on all sides from areas with access by common vehicles (-). However, the location of the bulk of the space on floor 13 and above provides reduced risk of blast damage (+). Good.

*5. Building common areas.*

4041 Central – Attractive renovated main lobby with fabricated stone flooring, metal accents, chandelier lighting at elevator bank. Renovated upper floor common areas have coffered lighting features and finish upgrades at elevator banks (where renovation has been completed). Very Good.

210 Earll common area carpet and wall finishes need to be replaced (-). Offer provides for refinishing as part of shell rent (+). For the purpose of this evaluation, we are assuming this renovation will meet the minimum finish requirements of the SFO. Good.

[redacted] will be new construction. Common area finish samples were not required as part of the offer submittals and were not received. For the purpose of the evaluation, we are assuming this renovation will meet the minimum finish requirements of the SFO. Good.

*6. Building exterior and site.* All buildings and sites - including the site and elevation drawings of new construction at [redacted] - project a professional appearance. 4041 Central is a prominent 20-story office tower, 210 Earll (6 stories) and [redacted] (5 stories) are professional-looking low to mid rise structures. Site landscaping at 210 Earll has an attractive courtyard feature with tree-shaded seating and fountain. 4041 Central has landscaped outdoor areas and tree shaded seating. [redacted] site concept is landscaped in a campus-like setting. All offers: Very Good.

*7. Parking.* All buildings offer parking to meet the SFO requirements. All offers: Very Good.

*Note on SFO requirements:* In the course of the protest, compliance with other SFO requirements was questioned by the protester: ceiling heights, floor load, elevator speed and HVAC specifications. In each of these cases, the SFO sets the requirements. None of the final offers took exception to these SFO requirements. Therefore we consider that all offers will satisfy the requirements. The SFO does not state that a preference will be given to offers that exceed the SFO requirements, and we do not have a basis for giving preference to one offeror over another on the basis of these requirements. They do not function as award factors in this project, and do not have an impact on evaluation of Quality of Space.

***Summary – Quality of Space:*** 210 Earll and [redacted] were somewhat better on contiguity/stacking by providing no break between offered floors. [redacted] also was better on security because it would be new construction providing 50-foot setbacks. 4041 Central's common area finishes gave it an advantage over the other offers. On other issues the three offers are more or less indistinguishable as to level of quality of space. Overall the relative strengths and weaknesses of the offers balance each other out, and there is no significant overall difference between offers under the Quality of Space factor. All offers: Very Good

**B. Other Factors #2 – PROJECT PAST PERFORMANCE ("Past Performance of Offeror and Other Key Personnel (i.e. architect, engineer, lead designer, etc.) on Comparable Projects")**

The references we contacted were provided by offeror.

***1. 4041 Central – Project Past Performance***

4041 Central did not include past performance information on the offeror. We evaluated the team as a whole.

*Construction Company:* [redacted] A reference gave [redacted] In connection with the current Evaluation we checked the company's internet site, which indicates a number of completed projects including [redacted]; and GSA's broker confirmed additional projects (by contacting an architectural firm) including [redacted]. Very Good

*Architect/Designer:* [redacted] – Offeror's submittal included the following project information: [redacted] includes award winning designs, latest listed is 2002 in under 10,000 SF category. Reference gave [redacted] Very good

*Engineers:* (1) [redacted]. Resume lists several federal and non-federal government projects including: [redacted] (2) [redacted] (mechanical engineers). Offeror's submittal included the following project information: [redacted] Good

***Project Past Performance – 4041 Central - Overall Evaluation.*** Strong experience and references for 4041 Central's Construction Company and Architect/Designer, with projects of the current square footage and larger. Very Good

***2. 210 Earll – Project Past Performance***

*Offeror:* Offeror's submitted Past Performance information related to offeror experience in Facility Management, but not to Project Past Performance.

*Construction Company:* [redacted] Firm's materials include comparably scaled projects and other federal projects including: [redacted] Various TI projects for [redacted]. References gave [redacted]. Very Good

*Architect/Designer:* [redacted] Completed over 6.5 billion (construction value) of projects. Firm resumes include many federal projects of the scale of the current project or much larger, and many private office building projects, including [redacted] award winning); [redacted] (award winning); [redacted]. Reference gave [redacted] Very Good

*Engineer:* [redacted] Work on many federal projects including [redacted]. Plus many other nonfederal [redacted]urthouses, and post offices and office buildings. One reference gave [redacted] On other

issues, reference is [redacted] One reference gave [redacted]. [redacted]: Good

*Project Past Performance – 210 Earll – Overall Evaluation.* Strong experience and references for 210 Earll's Construction Company and Architect/Designer. A mixed reference, but strong experience, for Engineer. Very Good

*3.* [redacted] *– Project Past Performance*

*Offeror:* (1) [redacted] Projects listed in offer submittals include many office buildings at or above 100,000 SF; plus more than 20 other smaller office building projects, largely for federal government agencies including SSA. [redacted] 355,000 SF office bldg in Denver on behalf of owner. Redevelopment of several large office buildings including [redacted] Working on developing [redacted] and four office buildings in Phoenix, AZ 650,000 SF. [redacted] has used same project team members such as construction company or designer previously on other projects. One reference gave offeror [redacted] Another reference provided by offeror [redacted] (2) [redacted]s. Offer submittals include substantial list of comparable projects in their portfolio including more than 25 office projects over 100,000 SF. Overall evaluation of offeror: [redacted]: Satisfactory

*Construction Company:* [redacted]. Offer submittal identifies [redacted] as one of the top 10 construction companies in the nation, with annual workload in excess of $2.8 billion. Office projects include [redacted] plus expansion. References gave [redacted] Very Good.

*Architect/Designer:* [redacted] aka [redacted] Listed projects include [redacted] GSA did further web research for this Evaluation. The firm's website indicated the following project information: [redacted] Very Good.

*Engineer:* [redacted]. No projects submitted. Therefore not evaluated.

*Project Past Performance –* [redacted]*t – Overall Evaluation.* [redacted] offer showed strong resume of past project experience for Offeror, strong experience and references for Construction Company and strong experience for Architect/Designer. Included

[redacted] Overall: Good

*4. Summary – Project Past Performance*

4041 Central and 210 Earll have strong project teams, especially demonstrated by their Construction Companies and Architects/Designers. Because reference contacts were not specifically required by the SFO, we did not deduct any points for the limited number of past performance references from 4041 Central. Also, we gave very little weight to the mixed past performance reference results for 210 Earll's [redacted]

On balance, we found the Project Past Performance for these two offers to be approximately equally positive. Project Past Performance for both 4041 Central and 210 Earll: Very Good

[redacted] had strong experience from its Offeror, and strong experience and consistently positive references for its Construction Company and Designer/Architect. However, the [redacted]. Overall we rated [redacted] Project Past Performance below that of the other two offerors: Good

**B. Other Factors #3 – FACILITY PAST MANAGEMENT ("Past Performance of Offeror in Managing and Operating Comparable Facilities"")**

All references we contacted were provided by offeror.

*1. 4041 Central – Facility Management Past Performance*

*Offeror:* Prior to lease award we contacted three facility management past performance references provided by the owner's broker, who were tenants at the offered building, 4041 N. Central Avenue. All references gave [redacted]. No further information in offer submittal to supplement this positive information. For this Evaluation, GSA further researched at the website of the offeror's company group, Younan Properties. Its portfolio includes over 20 prominent office buildings in addition to 4041 N. Central Avenue (400,000 SF), including the following buildings all in [redacted]. There is not separate Property Management information for evaluation. Very Good

***Facility Management Past Performance – 4041 Central – Overall Evaluation:*** Offeror has an impressive portfolio of buildings and all references gave positive reports. Very Good

*2. 210 Earll – Facility Management Past Performance*

*Offeror:* Submittals indicate [redacted] managed: [redacted]. The Offeror has managed the lease building at 210 E. Earll Drive where IRS is currently located, and therefore of course has past experience with facility management of that lease property. In connection with this Evaluation we did further research on the web. Our web search did not identify other relevant information for management portfolio of [redacted] based in Arizona, or for 210 Earll. (Website for [redacted] of [redacted] shows a portfolio of commercial properties, but none are apparently comparable – no first class office buildings of comparable size. The file does not state that this company is related to the offeror.) References submitted by offeror did not yield any relevant reports. The correspondence between GSA and offeror during the course of this procurement indicates that the offer has issues with deferred maintenance of the existing lease with IRS at 210 East Earl Drive in the

following areas, which the offeror will remedy as part of its lease offer: requires new paint and carpet throughout space; requires new paint to exterior of building; requires adjustment or replacement of HVAC to meet Government requirements; requires repair or replacement of leaky faucets in restrooms; requires additional ventilation in restrooms. It is not practical to find a basis for comparing these past performance issues at 210 Earll with the other offerors (do other offerors have similar issues at end of long lease terms in buildings they manage?). Therefore we did not give heavy weight to these negative issues in our evaluation. The Offeror has past experience managing a facility for the specific tenant requesting space under the SFO, and another property of near-comparable size in Omaha. Good

*Property Manager:* [redacted]. Manages over 200 million SF of commercial projects including: FBI Phoenix, AZ, Midtowne Business Center II, 97,145 SF; FAA Regional Office Scottsdale, AZ 13,345 SF; Banner Healthcare, Phoenix, AZ 214,000 SF; Papago Distribution Center (USPS facility) 353,000 SF Phoenix, AZ. File includes letter of appreciation to Colliers International from Phoenix IRS 2001. References gave Colliers International unqualified positive reports, one saying they provide outstanding property management services. Very Good

***Facility Management Past Performance – 210 Earll – Overall Evaluation:*** Offeror has past experience managing the lease for IRS Phoenix as the current lessor. It has deferred some lease maintenance, but will remedy that as part of its offer. Property Manager has very strong experience and reference ratings. On balance 210 Earll is rated as: Good

***3. [redacted] – Facility Management Past Performance***

*Offeror:* (1) [redacted] References gave Offeror [redacted]. (2) [redacted] Offer submittals for both [redacted] mention their role managing properties. For the purposes of this evaluation we assume that one or both of those company groups perform property management for a significant portion of the projects listed in their portfolios (refer to Project Past Performance above). There is not separate Property Manager information for evaluation. Very Good

***Facility Management Past Performance – [redacted] – Overall Evaluation:*** Offeror received positive past performance reports and appears to have a substantial portfolio of managed properties of comparable size. Very Good

***4. Summary – Facility Management Past Performance***

4041 Central and [redacted] demonstrated the strongest Facility Management Past Performance. All reference reports were positive, and both offerors manage substantial portfolios of comparable facilities. Both offerors: Very Good

210 Earll has a very strong Property Manager, but Offeror has a record of deferred maintenance which will be remedied in its offer. 210 Earll: Good

**C. Notes on Past Performance Evaluation**

1. The SFO does not specify a submittal requirement with regard to past performance (Project Past Performance or Facility Management Past Performance evaluation factors), and did not require offerors to identify date of experience, scope of work, or other specifics. We have evaluated the materials on performance and experience submitted by the various offerors, which may be a combination of marketing materials, resumes and other listings of past experience, and references.

2. Each offeror has likewise presented its "teams" (Project team, Facilities Management team) by submitting materials on a different set of roles.

   a. Project Past Performance: We interpreted the important roles in Project Past Performance (SFO paragraph 2.3(A)(2)) to be Offeror, Construction Company (although not listed in SFO paragraph), Architects/Designers (including designers in the Architect/Design firm, with no separate emphasis on lead designer), and Engineers. We evaluated the submitted team, and did not negatively evaluate an offeror if the submittals did not fall neatly into those categories.

   b. Facility Past Performance: We interpreted the important roles in Facility Management Past Performance (SFO paragraph 2.3(A) (3)) to be Offeror and Property Manager (although not listed in SFO paragraph). If offeror submitted materials on a different set of team members, we evaluated the submitted team.

3. In February/March 2007 we made additional past performance checks, contacting references provided by the offerors in their offer submittals.

**D. Accessibility (SFO par 2.1)** – 4041 Central and 210 Earll are existing buildings. On the market survey tour of prospective buildings and sites, representatives of the Government along with its broker, Equis, examined building shell features for non-compliance with accessibility requirements and found no items of less than full accessibility compliance at 4041 Central or 210 Earll. [redacted] is an offer of new construction and required by the SFO to fully comply with SFO accessibility standards. No offers took exception to accessibility requirements of the SFO. All buildings are evaluated as fully compliant.

**E. Seismic Safety (SFO par 2.2, 1.19)** – 4041 Central furnished a Certificate of Seismic Compliance (Existing Building) which indicates that the building will fully meet the SFO seismic standard. 210 Earll furnished a Certificate of Seismic Compliance (Existing Building) indicating that the lessor will complete all necessary seismic upgrades to comply with the SFO seismic standard. [redacted] is an offer for new construction. The SFO requires that new construction offers fully comply with SFO seismic requirements by time of substantial completion. [redacted] did not take exception to the SFO seismic requirements. All three offers are evaluated as fully compliant.

**F. Summary – Evaluation of Non-Price Factors**

| | *4041 Central* | *210 Earll* | [redacted] |
|---|---|---|---|
| ***Quality of Space*** | VERY GOOD | VERY GOOD | VERY GOOD |
| ***Project Past Performance*** | VERY GOOD | VERY GOOD | GOOD |
| ***Facility Management Past Performance*** | VERY GOOD | GOOD | VERY GOOD |

1. **Quality of Space.** All three offers rated Very Good. On balance they rank approximately equally under this factor.
2. **Project Past Performance.** 4041 Central and 210 Earll both rated Very Good. On balance these offers are considered approximately equal under this factor. [redacted] received some negative past performance comments and rated Good.
3. **Facility Management Past Performance.** 4041 Central and [redacted] are both Very Good. On balance these offers are considered approximately equal under this factor. 210 Earll had a strong Property Manager but issues with deferred maintenance, and rated Good.

We are assigning approximately equal weight to each of these three non-price award factors.

As indicated above, all offers rank equally under Accessibility and Seismic Safety award factors.

As shown by the summary table above, 4041 Central rated Very Good on all three factors, while the other offers received a combination of Very Good and Good ratings. 4041 Central is the best offer under non-price award factors.

210 Earll and [redacted] both rated Very Good on two of the three factors and Good on the other factor, for the reasons stated above. They rank slightly behind 4041 Central under the non-price evaluation factors. We do not find any meaningful basis for ranking 210 Earll and [redacted]t relative to each other overall under non-price factors.

## VI. BEST VALUE TRADEOFF ANALYSIS: PRICE AND NON-PRICE FACTORS

4041 Central is the best offer (lowest-priced) as evaluated under price, with present value per OASF of [redacted] per annum. 4041 Central is also the best (highest rated) offer as evaluated under non-price factors. It is evaluated overall as the best offer.

210 Earll is second-best (second-lowest-priced) as evaluated under price, with present value per OASF of [redacted] per annum. This is [redacted] more expensive than the offer from 4041 Central. 4041 Central's total rent offer represents a savings of approximately $[redacted] over the 20 year term of the lease as compared to 210 Earll's offer, as computed under the Price Evaluation section above. This is a very significant difference in price. 210 Earll is slightly lower-rated than 4041 Central under non-price factors. 210 Earll and 4041 Central were approximately equal to each other under two of the non-price factors, and 210 Earll rated somewhat lower on the third factor, Facility Management Past Performance. The substantial advantage in price of 4041 Central's offer, together with the fairly small advantage of 4041 Central under non-price factors, indicate that 4041 Central's offer is a more advantageous offer to the Government than 210 Earll's.

[redacted] is the least favorable offer (highest-priced) as evaluated under price, with present value per OASF of [redacted]per annum. This is [redacted] more expensive than the offer from 4041 Central. 4041 Central's total rent offer represents a savings of approximately [redacted] over the 20 year term of the lease as compared to [redacted]s offer, as computed under the Price Evaluation section above. This is a very significant difference in price. [redacted]t and 4041 Central were approximately equal to each other under two of the three non-price factors, and [redacted]t rated somewhat lower on the other factor, Project Past Performance. The substantial advantage in price of 4041 Central's offer, together with the fairly small advantage of 4041 Central under non-price factors, indicate that 4041 Central's offer is more advantageous to the Government than [redacted].

Comparison of 210 Earll and [redacted] with relation to each other would not serve a purpose of this Evaluation.

**CONCLUSION – BEST VALUE TRADEOFF:** It is the Contracting Officer's conclusion that 4041 Central is the most advantageous offer to the Government under the SFO, considering price and non-price factors.

**By:** [signature] **Date** 3-8-07

**Scott Brunson**
**Contracting Officer, GSA**

**BASIC PRESENT VALUE ANALYSIS** **ATTACHMENT 1A**

| | | | |
|---|---|---|---|
| **Building Name** | Central Plaza | **Discount Rate** | 5.00% |
| **Building Street Address** | **4041 N. Central Avenue** | **Escalation Rate** | 2.50% |
| **Building City, State, Zip Code** | Phoenix, AZ 85012 | **Parking Escalation Rate** | 2.50% |
| **Offeror's Name** | 4041 Central Plaza, LLC | | |
| **Client Agency** | IRS | **Present Value per USF** | [redacted] |

| **Term** | | Years | Months |
|---|---|---|---|
| Total Term to be Evaluated Per SFO, in Months | 240 | 20 | 0 |
| Initial Term (months) | 240 | 20 | 0 |
| Renewal Term (months) | 0 | 0 | 0 |

| **Square Footage & Parking** | | |
|---|---|---|
| Rentable Square Feet | 107,849 | **R/U Factor** |
| ANSI/BOMA Office Area (Usable) | 98,700 | 1.092695035 |
| Structured Parking Spaces | 34 | Off'l veh spaces |
| Surface Parking Spaces | 0 | |

| **Rent** | | |
|---|---|---|
| Does Shell Rent Step? (Y/N) | y | **GO TO STEPPED RENT INPUT** |
| Does Parking Rate Step? (Y/N) | n | |
| Does Parking Rate Escalate? (Y/N) | n | |
| Does Offer Include Free Rent? (Y/N) | n | |

**Initial Term**

| | Rate per USF | Annual Rent |
|---|---|---|
| Shell Rent | $ [redacted] | $ [redacted] |
| Op Cost (in Lease) | | $ |
| Op Cost (Government) | | $ |
| Amortization of TIA | | $ |
| Lessor TI Overhead | | $ |
| Structured Parking Rate | | $ |
| Surface Parking Rate | | $ |

| **Tenant Improvement Allowance** | Office Area (Usable) | Total TIA Principal | |
|---|---|---|---|
| Total TIA Rate pusf provided in Annual Rent | $36.00 | $ [redacted] | |
| Lessor's Amortization Rate | [redacted] | Years | Months |
| Term in Months to Amortize TIA | 120 | 10 | 0 |
| Lessor TI Allowance Overhead | 0% | | |

| **Overtime Utilities** | | Annual OT Charge |
|---|---|---|
| Number of Estimate Hours | 0 | |
| Rate Per Hour | [redacted] | $ - |
| Does Overtime Charge Escalate? (Y/N) | n | |

| **Lump Sum and Broker Credit** | |
|---|---|
| Total Lump Sum* | [redacted] |
| Commission Credit | |

*"Lump sum" = Move costs

**BASIC PRESENT VALUE ANALYSIS** **ATTACHMENT 1B**

| | | | |
|---|---|---|---|
| **Building Name** | The IRS Building | **Discount Rate** | 5.00% |
| **Building Street Address** | **210 East Earll Drive** | **Escalation Rate** | 2.50% |
| **Building City, State, Zip Code** | Phoenix, AZ 85012 | **Parking Escalation Rate** | 2.50% |
| **Offeror's Name** | 210 Earll, LLC | | |
| **Client Agency** | IRS | **Present Value per USF** | [redacted] |

| **Term** | | Years | Months |
|---|---|---|---|
| Total Term to be Evaluated Per SFO, in Months | 240 | 20 | 0 |
| Initial Term (months) | 240 | 20 | 0 |
| Renewal Term (months) | 0 | 0 | 0 |

| **Square Footage & Parking** | | |
|---|---|---|
| Rentable Square Feet | 108,641 | **R/U Factor** |
| ANSI/BOMA Office Area (Usable) | 100,809 | 1.077691476 |
| Structured Parking Spaces | 34 | Off'l veh spaces |
| Surface Parking Spaces | 0 | |

| **Rent** | | |
|---|---|---|
| Does Shell Rent Step? (Y/N) | y | **GO TO STEPPED RENT INPUT** |
| Does Parking Rate Step? (Y/N) | n | |
| Does Parking Rate Escalate? (Y/N) | n | |
| Does Offer Include Free Rent? (Y/N) | n | |

**Initial Term**

| | Rate per USF | Annual Rent |
|---|---|---|
| Shell Rent | [redacted] | $ [redacted] |
| Op Cost (in Lease) | | $ |
| Op Cost (Government) | | $ |
| Amortization of TIA | | $ |
| Lessor TI Overhead | | $ |
| Structured Parking Rate | | $ |
| Surface Parking Rate | | $ |

| **Tenant Improvement Allowance** | Office Area (Usable) | Total TIA Principal | |
|---|---|---|---|
| Total TIA Rate pusf provided in Annual Rent | $36.00 | $ [redacted] | |
| Lessor's Amortization Rate | [redacted] | Years | Months |
| Term in Months to Amortize TIA | 120 | 10 | 0 |
| Lessor TI Allowance Overhead | 0% | | |

| **Overtime Utilities** | | Annual OT Charge | **Lump Sum and Broker Credit** | |
|---|---|---|---|---|
| Number of Estimate Hours | 0 | | Total Lump Sum | [redacted] |
| Rate Per Hour | [redacted] | $ - | Commission Credit | |
| Does Overtime Charge Escalate? (Y/N) | n | | | |

**BASIC PRESENT VALUE ANALYSIS** **ATTACHMENT 1C**

| | | | |
|---|---|---|---|
| **Building Name** | [redacted] | **Discount Rate** | 5.00% |
| **Building Street Address** | | **Escalation Rate** | 2.50% |
| **Building City, State, Zip Code** | Phoenix, AZ 85007 | **Parking Escalation Rate** | 2.50% |
| **Offeror's Name** | [redacted] | | |
| **Client Agency** | IRS | **Present Value per USF** | [redacted] |

**Term**

| | | Years | Months |
|---|---|---|---|
| Total Term to be Evaluated Per SFO, in Months | 240 | 20 | 0 |
| Initial Term (months) | 240 | 20 | 0 |
| Renewal Term (months) | 0 | 0 | 0 |

**Square Footage & Parking**

| | | |
|---|---|---|
| Rentable Square Feet | 108,641 | **R/U Factor** |
| ANSI/BOMA Office Area (Usable) | 101,007 | 1.075578920 |
| Structured Parking Spaces | 34 | Off'l veh spaces |
| Surface Parking Spaces | 0 | |

**Rent**

| | | |
|---|---|---|
| Does Shell Rent Step? (Y/N) | y | **GO TO STEPPED RENT INPUT** |
| Does Parking Rate Step? (Y/N) | n | |
| Does Parking Rate Escalate? (Y/N) | n | |
| Does Offer Include Free Rent? (Y/N) | n | |

**Initial Term**

| | Rate per USF | Annual Rent |
|---|---|---|
| Shell Rent | [redacted] | $ [redacted] |
| Op Cost (in Lease) | | $ |
| Op Cost (Government) | | $ |
| Amortization of TIA | | $ |
| Lessor TI Overhead | | $ |
| Structured Parking Rate | | $ |
| Surface Parking Rate | | $ |

| **Tenant Improvement Allowance** | Office Area (Usable) | Total TIA Principal | |
|---|---|---|---|
| Total TIA Rate pusf provided in Annual Rent | $36.00 | $ [redacted] | |
| Lessor's Amortization Rate | [redacted] | Years | Months |
| Term in Months to Amortize TIA | 120 | 10 | 0 |
| Lessor TI Allowance Overhead | 0% | | |

| **Overtime Utilities** | | Annual OT Charge | **Lump Sum and Broker Credit** | |
|---|---|---|---|---|
| Number of Estimate Hours | 0 | | Total Lump Sum* | [redacted] |
| Rate Per Hour | [redacted] | $ - | Commission Credit | |
| Does Overtime Charge Escalate? (Y/N) | n | | | |

*"Lump sum" = Move costs*

ATTACHMENT 2
IRS RELOCATION COSTS - PHOENIX

| | | PER RSF | PER USF |
|---|---|---|---|
| | | 108,641 | 99,433 |
| ***ADDITIONAL COST AT NEW LOCATIONS:*** | | | |
| Physical move costs: | $ [redacted] | $ [redacted] | $ [redacted] |
| ***EQUIVALENT COSTS AT ANY LOCATION:*** | | | |
| Telecommunications move (incl. phones, cabling, data) (Note 3): | $ [redacted] | $ [redacted] | $ [redacted] |
| Security move (Note 4): | $ [redacted] | $ [redacted] | $ [redacted] |

**Notes**

**1.** Move costs are amounts budgeted by IRS. Not specific to a particular address. See memos of phone conversations with IRS Yvette Shrum 2/16/07 and 2/20/07.

**2.** Square footages are from SFO. USF figure is SFO midpoint (USF=OASF).

**3.** IRS estimates that telecommunications move costs will be about the same at any offered location. At existing location, 210 Earll, IRS would need to totally remove the old backbone, remove all cable and replace with new. See phone contact memo of call from IRS Yvette Shrum 3/1/07.
Therefore, we will not use telecom relocation costs as an adjustment to rent in the present value analysis.

**4.** Per phone conversation with Yvette Shrum IRS 2/20/07, security costs at existing location 210 Earll would be roughly equivalent to costs for relocation to a new location, since IRS would require complete security rewiring at 210 Earll. Therefore, we will not use security relocation costs as an adjustment to rent in the rent present value analysis.

**5.** The above are total lump sum costs to be incurred by IRS at the outset of the term. The term is 20 years (10 years firm). The typical expectation and experience is that the tenant will occupy the space throughout the full lease term. Therefore the costs will be annualized over 20 years.