# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: March 30, 2007)

****************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
****************************************************

## ORDER

The Clerk of the Court is ORDERED to enter judgment in this matter in favor of the Plaintiff.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge