# In the United States Court of Federal Claims

**No. 06-360 C**

**210 EARLL L.L.C.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**4041 CENTRAL PLAZA L.L.C.,**
**Intervenor.**

Pursuant to the Order, filed March 30, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of plaintiff.

Brian Bishop
Clerk of Court

**March 30, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.