**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| 210 EARLL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-360C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| 4041 CENTRAL PLAZA, L.L.C., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of thirty calendar days, to and including August 15, 2007, in which to file its response to plaintiff's motion for attorney fees, pursuant to the Equal Access to Justice Act ("EAJA"). Defendant's response is presently due on July 16, 2007. This is defendant's first request for an enlargement of this deadline.

Counsel for the United States has contacted counsel for the plaintiff, and who has agreed to this extension.

The additional time requested is necessary to provide adequate time for counsel for the defendant to complete defendant's response to plaintiff's motion. Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in July 2007 and early August 2007, including a motion to dismiss/motion for remand and partial summary judgment, filed July 2, 2007, in Jaynes v. United States, No. 04-856C (Fed. Cl.); an intervenor's formal appellate brief, filed July 3, 2007, in Levering v. MSPB, No. 2007-3088 (Fed. Cir.); a response to plaintiff's motion for summary judgment, filed July 9, 2007, in Brunner v. United States, No. 98-554C (Fed. Cl.); oral argument, to be held on July 13, 2007, in Arakaki v. United States, No. 2006-5109 (Fed. Cir.); a formal appellate brief, to be filed July 30, 2007, in Malloy v. Nicholson, No. 2007-7182 (Fed. Cir.); and a formal appellate brief, to be filed August 1, 2007, in Bair v. United States, No. 2007-5049 (Fed. Cir.); among other deadlines.

Further, the additional time will give the Government and plaintiff an opportunity to further discuss plaintiff's motion, to determine if the parties may resolve this matter without the Court's further involvement.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

July 11, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of July, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice