# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: July 17, 2007)

******************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
******************************************************

## ORDER

Defendant's unopposed Motion for a 30-day Enlargement of Time until **August 15, 2007,** to file its response to Plaintiff's Motion for Attorney Fees is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge