**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| 210 EARLL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-360C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| 4041 CENTRAL PLAZA, L.L.C., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of forty-seven calendar days, to and including October 1, 2007, in which to file its response to plaintiff's motion for attorney fees, pursuant to the Equal Access to Justice Act ("EAJA"). Defendant's response is presently due on August 15, 2007. This is defendant's second request for an enlargement of this deadline.

Counsel for the United States has contacted counsel for the plaintiff, and who has agreed to this extension.

Counsel for the Government, counsel for the General Services Administration, and counsel for plaintiff are engaged in settlement discussions, in an effort to resolve plaintiff’s EAJA claims and plaintiff’s claims before the Government Accountability Office. The additional time requested is necessary to provide adequate time for counsel for both parties to determine if the parties may resolve this matter without the Court's further involvement.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

August 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of August, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice