# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: September 25, 2007)

****************************************************

| | |
|---|---|
| 210 Earll L.L.C., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant,* | * |
| | * |
| and | * |
| | * |
| 4041 Central Plaza L.L.C., | * |
| *Intervenor.* | * |

****************************************************

## ORDER

Defendant's unopposed Motion for a 31-day (for a total of 108 days) Enlargement of Time until **November 1, 2007,** to file its response to Plaintiff's Motion for Attorney Fees is hereby **GRANTED**. The Court is appreciative of parties' efforts to settle this matter out of Court.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge