**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| 210 EARLL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-360C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| 4041 CENTRAL PLAZA, L.L.C., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of sixty calendar days, to and including March 4, 2008, in which to file its response to plaintiff's motion for attorney fees, pursuant to the Equal Access to Justice Act ("EAJA"). Defendant's response is presently due on January 4, 2008. This is defendant's fifth request for an enlargement of this deadline.

Counsel for the United States has contacted counsel for the plaintiff, who represented that he agrees to this extension.

Undersigned counsel of record, counsel for the General Services Administration, and counsel for plaintiff have engaged in settlement discussions, in an effort to resolve plaintiff's EAJA claims and plaintiff's claims before the Government Accountability Office. The parties have reached an agreement in principal, and believe that this matter may be resolved without further Court involvement. Nevertheless, the Government requires additional time to receive the necessary authorization to settle this matter. Assuming that such authorization is received, the parties will need to draft a settlement agreement, and move to dismiss the EAJA claims remaining before this Court.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

January 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice