# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: January 7, 2008)

*****************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
*****************************************************

## ORDER

Defendant's fifth unopposed Motion for a 60-day Enlargement of Time to file Defendant's Response to Plaintiff's Motion for Attorney Fees is hereby **GRANTED.** Defendant's Response shall be filed **no later than March 4, 2008.**

IT IS SO ORDERED.

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir