# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: April 8, 2008)

**************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
**************************************************

## ORDER

Defendant's unopposed Motion for a 29-day (for a total of 291 days) Enlargement of Time until **May 2, 2008,** to file its response to Plaintiff's Motion for Attorney Fees is hereby **GRANTED**. The Court is appreciative of parties' efforts to settle this matter out of Court.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge