**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| 210 EARLL, L.L.C., | |
| *Plaintiff,* | No. 06-360C |
| v. | (Judge Baskir) |
| THE UNITED STATES OF AMERICA, | |
| *Defendant,* | |
| and | |
| 4041 CENTRAL PLAZA, L.L.C., | |
| *Intervenor.* | |

**PLAINTIFF 210 EARLL'S NOTICE OF WITHDRAWAL OF ITS APPLICATION FOR LEGAL FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

COMES NOW the Plaintiff, 210 Earll, L.L.C., and hereby gives notice of the withdrawal of its Application for Legal Fees and Costs Pursuant to the Equal Access to Justice Act (EAJA Application), originally filed on June 14, 2007. Plaintiff's withdrawal of their EAJA Application is in accordance with the parties' Settlement Agreement dated April 11, 2008.

Dated: April 29, 2008

Respectfully submitted,

/s/ Edward V. Gregorowicz, Jr.
Edward V. Gregorowicz, Jr.
The Law Offices of Edward V.
Gregorowicz, Jr.
10565 Lee Highway, Suite 102
Fairfax, Virginia 22030
Phone: (703) 934-6645
Fax: (703) 934-6649
*Counsel for Plaintiff 210 Earll, L.L.C.*

## CERTIFCATE OF SERVICE

I hereby certify that on the 29th day off April, 2008, a copy of the foregoing NOTICE OF WITHDRAWAL OF APPLICATION FOR LEGAL FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward V. Gregorowicz, Jr.