# In the United States Court of Federal Claims

Case No. 06-360C
(Filed: April 30, 2008)

***************************************************
210 Earll L.L.C., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
4041 Central Plaza L.L.C., *
*Intervenor.* *
***************************************************

## ORDER

Plaintiff's Notice [Motion] of Withdrawal of its Application for Legal Fees and Costs Pursuant to the Equal Access to Justice Act filed on April 29, 2008, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge